

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

December 12, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2019
```

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

     Re:    *Cepeda v. United States et al.*, No. 19 Civ. 5967 (LGS)

Dear Judge Schofield:

     This Office represents Defendants in the above-referenced action. On December 11, 2019, the Court set a pre-motion conference for December 19, 2019, at 10:30 a.m. (Dkt. No. 43). Defendants' counsel has a previously scheduled mediation that conflicts with this time. Defendants therefore request that the conference be adjourned to the morning of December 20, 2019.

     This the Government's first request for an adjournment of this Conference. Plaintiff consents to this request.

     I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:    /s/ Lucas Issacharoff
Lucas Issacharoff
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2737
Email: Lucas.Issacharoff@usdoj.gov

The pre-motion conference set for December 19, 2019, at 10:30 A.M. is adjourned to December 19, 2019, at 12:15 P.M. The conference shall take place via telephone. Counsel shall jointly call 212-805-0288 with all participants on the line. Those planning to speak shall participate via a landline telephone.

SO ORDERED.

Dated: December 16, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE