

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 5, 2021

**By ECF and Email**

The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

     Re:    *Cepeda v. United States*, No. 19 Civ. 5967 (JPC)

Dear Judge Cronan:

     This Office represents Defendant the United States in the above-referenced action, in which Plaintiff claims damages under the Federal Tort Claims Act ("FTCA") stemming from a medical procedure received at a Veterans Administration hospital.  I write on behalf of both parties to respectfully request that remaining deadlines be stayed pending the Court's decision on the outstanding motion for leave to amend (Dkt. No. 102).

     The parties have completed fact and expert discovery.  Under the current discovery schedule, pre-motion letters for dispositive motions are due no later than February 12, 2021; responses are due no later than February 19, 2021; and a pre-motion conference is scheduled for February 24, 2021, at 11:00 am.

     At the December 7, 2020 pre-motion conference concerning Plaintiff's motion for leave to amend, the Court indicated that, if it granted Plaintiff's motion, it would consider reopening discovery on a limited basis to allow the Government to take additional discovery on Plaintiff's informed consent claim.  Due to the continued uncertainty over what claims survive, and whether fact discovery is closed, the parties agree that it is premature to contemplate dispositive motions. Accordingly, the parties respectfully request that the Court hold the remaining deadlines in abeyance.

The parties' request is GRANTED.   The remaining deadlines are hereby stayed.  The Court will issue further guidance upon disposition of Plaintiff's motion for leave to amend, Dkt. 107.

SO ORDERED.

Date: February 5, 2021

     New York, New York

                             JOHN P. CRONAN
                             United States District Judge

The parties thank the Court for its consideration of this request

Respectfully,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:       /s/ Lucas Issacharoff
Lucas Issacharoff
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2737
Email: Lucas.Issacharoff@usdoj.gov