```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
YESENIA CEPEDA,                                                        :
                                                                       :
                         Plaintiff,                                    :
                                                                       :        19 Civ. 5967 (JPC)
            -v-                                                        :
                                                                       :        ORDER
UNITED STATES,                                                         :
                                                                       :
                         Defendant.                                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     The February 12, 2021 deadline to file pre-motion letters for dispositive motions and the pre-motion conference scheduled for February 24, 2021, at 11:00 a.m. are hereby adjourned *sine die*.

     The parties are instead directed to file a joint status letter with the Court on February 19, 2021. In that status letter, the parties should address (1) the status of any settlement discussions, including whether the parties request a referral to the Court-annexed mediation program or to the Honorable Katharine H. Parker for a settlement conference; and (2) whether they anticipate filing any summary judgment motions and, if so, the subject matter of any motions.

     SO ORDERED.

Dated: February 10, 2021  
       New York, New York  
                                                JOHN P. CRONAN  
                                          United States District Judge