```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YESENIA CEPEDA,

                                         Plaintiff,          **ORDER SCHEDULING TELEPHONE CONFERENCE**

-against-

                                                                      **19-CV-5967 (JPC)**

UNITED STATES,

                                          Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 114). A telephone conference will be held on **Wednesday, March 31, 2021 at 12:45 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: March 4, 2021
       New York, New York

                                                         */s/ Katharine H. Parker*
                                                         _____
                                                         KATHARINE H. PARKER
                                                        United States Magistrate Judge